IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV433 |
| | ) | |
| v. | ) | |
| | ) | |
| DUANE S. LIERMAN, IRENE R. LIERMAN, CAPITAL ONE-FSB, and FIRST RESOLUTION INVESTMENT CORP., | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

    IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 16, is scheduled before the undersigned on **December 14, 2006, at 3:30 p.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

    The Clerk's Office is directed to mail a copy of this order to the defendants at their last known addresses of record.

    DATED this 21st day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge